UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DeJESUS RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHELLE CLEMMONS,<br><br>  Defendant. | No. 2:20-cv-0173-EFB P<br><br>ORDER |

Plaintiff is a county jail inmate proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983. He seeks reconsideration of the clerk's declination of plaintiff's request for entry of default as to defendant Clemmons issued by the Clerk of the Court on July 27, 2020. *See* ECF Nos. 16, 19. As explained below, plaintiff's motion is denied.

Federal Rule of Civil Procedure 55(a) states that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend . . . the clerk must enter the party's default." Fed. R. Civ. P. 55(a). On July 27, 2020, defendant Clemmons returned a waiver of service, acknowledging that pursuant to Rule 4, she had until August 14, 2020 to respond to plaintiff's complaint. ECF No. 17; *see also* Fed. R. Civ. P. 4(d)(3). On August 14,

/////

1

2020, Clemmons timely filed a motion to dismiss.[1]  ECF No. 18.  Thus, Clemmons has not "failed to plead or otherwise defend" and plaintiff has not shown he is entitled to entry of default.

Having considered plaintiff's motion for reconsideration (ECF No. 19), the Clerk's July 27, 2020 denial of entry of default (ECF No. 16), is AFFIRMED.  The Clerk shall terminate ECF No. 19.

So ordered.

DATED:  September 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument.  Local Rule 230(*l*).  "Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21), days after the date of service of the motion."  *Id*.  A responding party's failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."  *Id*.